UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MICHAEL BYERS, and other
similarly situated individuals,

    Plaintiff(s),                                             Case No.:     0:14-cv-62794-JIC

v.

PETRO SERVICES, INC., a Florida
corporation,

    Defendant.
_____/

## NOTICE OF FILING OF
## DEPOSITION TRANSCRIPT OF MICHAEL BYERS

Defendant, Petro Services, Inc., hereby gives notice of filing the transcript of the deposition of Michael Byers taken on March 5, 2015, in support of Petro's Motion for Summary Judgment, this 23rd day of March, 2015.

                                                      NELSON MULLINS RILEY
                                                      & SCARBOROUGH, LLP

                                                      By: *s/ Matthew P. McLauchlin*
                                                          Lee D. Wedekind, III
                                                          Matthew P. McLauchlin

                                                      Florida Bar No. 670588
                                                      Florida Bar No. 484180
                                                      50 N. Laura St., Suite 2850
                                                      Jacksonville, Florida 32202
                                                      (904) 665-3652 (direct)
                                                      (904) 665-3699 (facsimile)
                                                      lee.wedekind@nelsonmullins.com
                                                      matt.mclauchlin@nelsonmullins.com
                                                      diane.harrison@nelsonmullins.com
                                                      luz.roman@nelsonmullins.com

                                                      Attorneys for Petro Services, Inc.

## **CERTIFICATE OF SERVICE**

I certify that on March 23, 2015, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

R. Martin Saenz, Esq.
msaenz@saenzanderson.com
Julisse Jiminez, Esq.
jj@jjesq.com
Saenz & Anderson, PLLC
20900 NE 30th Ave., Ste. 800
Aventura, FL 33180

Attorneys for Plaintiff

                                            *s/ Matthew P. McLauchlin*
                                            Attorney